ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

JESUS MANUEL DELEMOS,            )
                                 )
    Plaintiff,                   )
                                 )
v.                               )      CV 306-48
                                 )
ALBERTO GONZALES et al.,         )
                                 )
    Defendants.                  )

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Plaintiff's complaint is **DISMISSED** for failure to state a claim on which relief may be granted and this civil action is **CLOSED**.

SO ORDERED this 5th day of August, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE